IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-00598

| | |
|---|---|
| STEVEN JAMES FIERRO, ) | |
|     Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| MARK ORSHOSKI, KRISTINA ORSHOSKI, ) | |
| ELEGANCE SENIOR LIVING, LLC, ELEGANCE ) | |
| SENIOR LIVING AT BELLS FERRY LP, ) | |
| ELEGANCE SENIOR LIVING AT THORNBLADE, ) | |
| LP, FEATHER RIVER INN, LLC, FEATHER RIVER ) | |
| INN, LP, GOLD MOUNTAIN HOMES, LLC, ) | |
| GRAEAGLE DEVELOPMENT LLC, MP HOLDING ) | |
| COMPANY LLC, ORSHOSKI EQUITY, LLC, PATH ) | |
| PARTNERS, LLC, PIF PARTNERSHIP LLC, ) | |
| SIERRA WILLOW CREEK, LLC, ) | |
| and SIERRA WILLOW CREEK, LP, ) | |
|     Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*, and in reference to Plaintiff's response to the Court's order to show cause. Plaintiff brings the Court's attention to certain developments in this and a related bankruptcy case which have occurred since the last filing, and requests an additional thirty days to finalize a settlement. For the reasons stated in the filing (Doc. No. 17), that request will be granted.

**THEREFORE, IT IS ORDERED** that Plaintiff shall have thirty (30) days from the date of this order to file a dismissal, or otherwise resolve this case.

**SO ORDERED.**

Signed: September 10, 2015

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge