IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| STEVEN JAMES FIERRO,<br><br>　　Plaintiff,<br><br>v.<br><br>MARK ORSHOSKI, KRISTINA ORSHOSKI, ELEGANCE SENIOR LIVING, LLC, ELEGANCE SENIOR LIVING AT BELLS FERRY LP, ELEGANCE SENIOR LIVING AT THORNBLADE, LP, FEATHER RIVER INN, LLC, FEATHER RIVER INN, LP, GOLD MOUNTAIN HOMES, LLC, GRAEAGLE DEVELOPMENT LLC, MP HOLDING COMPANY LLC, ORSHOSKI EQUITY, LLC, PATH PARTNERS, LLC, PIF PARTNERSHIP LLC, SIERRA WILLOW CREEK, LLC, AND SIERRA WILLOW CREEK, LP,<br><br>　　Defendants. | Case No. 3:13-cv-00598 |

## ORDER ON MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Plaintiff Steven James Fierro's ("Plaintiff") Motion for Voluntary Dismissal Without Prejudice ("Motion"), in which Plaintiff requested, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the Court voluntary dismiss <u>without prejudice</u> all claims in the above-entitled matter.

After careful consideration, it is hereby **ORDERED AND ADJUDGED THAT:**

1. Plaintiff's Motion is **GRANTED**.

2. This matter is hereby dismissed without prejudice as to all Defendants.

Signed: October 21, 2015

*[signature]*

Graham C. Mullen
United States District Judge